RECEIVED

MAY 30 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Dorothy Murphy
Plaintiff(s)

08CV3143
JUDGE KENNELLY
MAG. JUDGE COX

v.

Internal Revenue Services
5800 E.
Kansas, Missouri
64999 — At this Review dept

I Dorothy Murphy hereby submitting or filing a Notice of motion to Appeal a descision concerning the I.R.S. Reviewing my return and Have sent me a pos. Notice I don't owe them any detail bill or anything I have rights as a taxpayer they have put me in a financial hardship they being holding my refund Since march 10, 2008 Who they should be reviewing is Fairmont care center the Nursing home I work for 5061 N. Pulaski Chicago IL 60630 or Pinnacle Healthcare of Berwyn 3601 S. Harlem which is a previous Employer the I once where terminated from in Aug 18, 2005 I File a

Race and age discrimination for them putting insubordination on my record and Slander of my name and malice the man they want is Barry hans 1341 N. Wicker park Chicago, IL for pinnacle and the Second income I reported I will not be held liable for his taxes he owe from a previous dismissed law suit under 06C521, or for fairmont taxes of linen of hireing of Eligile immigrant my employer is Fairmont Care Center 5061 N. pulaski chicago, IL 60630 Current employer that I that now as I stress over and over again Carry 4 dependent on my W-4 Dorothy murphy Myself R.j. Abston, Louell Abston, Darnell Abston on 2007 return for fairmont I file 3 dependants myself Dorothy Murphy, Darnell Abston (16) Louella Abston (15) pervious atty on civil lawsuit my atty Anthony Mascimpinto pinnacle Atty Kenneth A. Henry, Judge mannsy was judge, judge Geradine Boyt district)