IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Dorothy Murphy**
PLAINTIFF

vs.

**Internal Revenue Services**
**IRS**
DEFENDANT

08CV3143
JUDGE KENNELLY
MAG. JUDGE COX

**FILED**
MAY 30 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Internal Revenue Services

On May 30, 2008 at 4:20 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _____ in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _____

Name: Dorothy Murphy
Address: 5310 W. Northavenue ett 2
City / Zip: Chicago, IL 60639
Telephone: 1-773-544-6884

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 30 day of May, 2008 I served a copy of this notice to each person whom it is directed by way of _____

Dorothy Murphy
SIGNATURE / CERTIFICATION

May 30, 2008
DATE