

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**
JUN 27 2008
Jun 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dorothy Murphy
Plaintiff(s)

v.

Internal Revenue
310 Lowell Street
Stop 826 Andover
Massuchettes Exams
05501-ATTN:
Defendant(s)

Case No. 08 CV 3143
Judge Kennelly
Mag. Judge Cox

~~Notice of Appeal~~ and reconsider ~~the facts in this case before~~

Please send letter for additional information pertaining to 06521 so I can prove my side also Barry Hans is the guy who owes I.R.S. for Pinnacle Healthcare of Berwyn he owes you all taxes not me which has something to do with the confidental settlement for 9/21/2007 settlement and I was force to settle. I kept saying I wanted to appeal so they try to dismiss the lawsuit so I'm filing and appeal to that fact and a amended complaint for 06c521 for Dorothy Murphy verses Pinnalce Healthcare of Berwyn Barry Hans is you guy he owes $17,000.00



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 27 2008
Jun 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dorothy Murphy
Plaintiff(s)

v.

Internal Revenue
Defendant(s)
310 Cowell Street
Stop 826 Andover Massuchettes
05501~Attn: Exams

Case No. 08CV3143
08 cv 3143

## Notice of Appeal concerning my refund

Refund I don't owe T.R.I.S. First Holding no detail Bill I receive a CP.0.9 Notice and it just states I reviewing your refund for accury and correctness of the return so I asking them to release my refund that was file with H.R. block which the Young Lady paulette porter on March 9, 2008 my daughter Louella Abston where with me when I electronically file so please allow my the right to appeal and submit the evidence that this court is covering up pertaing to this Lawsuit and to of 10,000 employment Income and my depen-dant are mines I have birth certificate

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dorothy Murphy
Dorothy Murphy
Plaintiff(s)

v.

Internal Revenue
Defendant(s)
310 Lowell Street
Stop 824 Andover Massachutts
05501 — Attn: Exams

Case No. 08CV3143

Notice of Appeal concerning my
Refund I don't owe IRS, no bill I receive I.P.O.S.
Notice date April 21, 2008 30 days has past where's my
Filing an appeal cause IRS, has my refund
in review and I don't owe them any monies.
and it probably due to a previous lawsuit which
was settle in sept in 2007 I think oct 4, 2007
to be exact the earn income tax credit I'm claiming
is settlement that came exactly from pinnacle Health
care of Berwyn 3601 S. Harlem ave Berwyn IL 60402
settlement amount $10,000 check in the form of cashier
check 9,175.00 itemized deductions for state and federal
or other taxes medical etc. were $25.00 was taken
out of $10,000 employment lawsuit Backpay frontpay
Vacation, Holiday, etc. wages for damages and them taking
my days and hour a putting in sorbodination on my record
case number 06c521, judge manning district judge, Geraldine Soatbuts
magistrate, Atty for defendant Designath A. Henry, Antony Masipinto
case Dorothy Murphy me Plaintiff.

Order Form (01/2005)

Case 1:08-cv-03143   Document 3   Filed 06/20/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3143 | DATE | 6/20/2008 |
| CASE TITLE | Murphy vs. Internal Revenue Service | | |

**DOCKET ENTRY TEXT**

Plaintiff Dorothy Murphy's "motion to appeal" a decision concerning the Internal Revenue Service's review of her tax return is denied [# 1] for the reasons stated below. The Clerk is directed to terminate this case.

■ [ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### STATEMENT

*Pro se* plaintiff Dorothy Murphy has filed a "motion to appeal" a decision by the IRS concerning her tax return. Though Ms. Murphy's motion is not entirely clear, it appears that she has received a notice from the IRS of taxes due and that the IRS is improperly holding her tax refund.

This motion, even if it is construed as the filing of a case, cannot properly be filed in this Court. Under the Internal Revenue Code, 26 U.S.C. § 7422(a), no lawsuit may be maintained in any court for the recovery of income taxes claimed to have been erroneously collected or assessed (etc.), until a claim for refund has been filed and pursued with the IRS. Because there is no indication in Ms. Murphy's complaint that she has followed those procedures, this Court lacks jurisdiction over her claim.

The Court therefore denies Ms. Murphy's motion and directs the Clerk to terminate this case.

Courtroom Deputy Initials: mk

08C3143 Murphy vs. Internal Revenue Service

Page 1 of 1

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08 cv 3143

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Murphy/appellant | | IRS/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Dorothy Murphy | Name | AUSA |
| Firm | pro-se | Firm | U.S. Atty Ofc. |
| Address | 5310 W. North Ave. #2  Chgo. Il. 60639 | Address | 219 So. Dearborn  Suite 500  Chgo.Il. 60604 |
| Phone | | Phone | 312) 353-5300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kennelly | Date Filed in District Court | 6/20/08 |
| Court Reporter | L. Brennan   X-5785 | Date of Judgment | 6/23/08 |
| Nature of Suit Code | 890 | Date of Notice of Appeal | 6/27/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3143 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Murphy vs. Internal Revenue Service | | |

**DOCKET ENTRY TEXT**

Plaintiff Dorothy Murphy's "motion to appeal" a decision concerning the Internal Revenue Service's review of her tax return is denied [# 1] for the reasons stated below. The Clerk is directed to terminate this case.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### STATEMENT

*Pro se* plaintiff Dorothy Murphy has filed a "motion to appeal" a decision by the IRS concerning her tax return. Though Ms. Murphy's motion is not entirely clear, it appears that she has received a notice from the IRS of taxes due and that the IRS is improperly holding her tax refund.

This motion, even if it is construed as the filing of a case, cannot properly be filed in this Court. Under the Internal Revenue Code, 26 U.S.C. § 7422(a), no lawsuit may be maintained in any court for the recovery of income taxes claimed to have been erroneously collected or assessed (etc.), until a claim for refund has been filed and pursued with the IRS. Because there is no indication in Ms. Murphy's complaint that she has followed those procedures, this Court lacks jurisdiction over her claim.

The Court therefore denies Ms. Murphy's motion and directs the Clerk to terminate this case.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

APPEAL, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03143
### Internal Use Only

| | |
|---|---|
| Murphy v. Internal Revenue Services | Date Filed: 06/20/2008 |
| Assigned to: Honorable Matthew F. Kennelly | Date Terminated: 06/20/2008 |
| Cause: 28:1331 Federal Question | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Dorothy Murphy**     represented by **Dorothy Murphy**
5310 West North Avenue
#2
Chicago, IL 60639
773-544-6884
PRO SE

V.

**Defendant**

**Internal Revenue Services**     represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | 1 | MOTION by Plaintiff Dorothy Murphy to Appeal a Decision concerning the I.R.S. Review. (Poor Quality Original-Paper Document on File) (gej, ) (Entered: 06/02/2008) |
| 05/30/2008 | 2 | NOTICE of Motion by Dorothy Murphy regarding MOTION by Plaintiff Dorothy Murphy to Appeal a Decision 1 . (gej, ) (Entered: 06/02/2008) |
| 06/20/2008 | 3 | MINUTE entry before the Honorable Matthew F. Kennelly:Plaintiff Dorothy |

|  |  | Murphy's "motion to appeal" a decision concerning the Internal Revenue Service's review of her tax return is denied [# 1] for the reasons stated below. The Clerk is directed to terminate this case. Civil case terminated. Mailed notice (gej, ) (Entered: 06/23/2008) |
|---|---|---|
| 06/27/2008 | 4 | NOTICE of appeal by Dorothy Murphy regarding orders 3 (Attachments: # 1additional letter) (Fee Due)(dj, ) (Entered: 07/07/2008) |
| 07/07/2008 | 5 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 07/07/2008) |