# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 18, 2008

**FILED**
JUL 21 2008
JUL 21 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2664 | DOROTHY MURPHY, Plaintiff - Appellant v. INTERNAL REVENUE SERVICE, Defendant - Appellee |

**Originating Case Information:**
District Court No: 1:08-cv-03143
Northern District of Illinois, Eastern Division
District Judge Matthew Kennelly

Upon consideration of the **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on July 18, 2008, by the pro se appellant:

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.