# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3143 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Murphy vs. Internal Revenue Service | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed on appeal *in forma pauperis* has been transmitted to this Court for ruling. The Court denies plaintiff's motion. Though the Court granted *in forma pauperis* status when the case was pending here, the Court now certifies that the appeal is not taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A). This is a case in which, as described in the Court/s 6/20/08 order dismissing the case, there is no arguable jurisdiction for plaintiff's lawsuit. The Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the Seventh Circuit (Appeal Case No. 08-2664).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|