**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

July 24, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Dorothy Murphy vs. Internal Revenue Services

U.S.D.C. DOCKET NO. : 08cv3143

U.S.C.A. DOCKET NO. : 08-2664

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)        **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Dorothy Murphy vs. Internal Revenue Services.

USDC NO.   : 08cv3143

USCA NO.   : 08-2664

          IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 24th day of July, 2008.

          MICHAEL W. DOBBINS, CLERK

          By: _____
               A. Rone, Deputy Clerk

APPEAL, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03143
*Internal Use Only*

Murphy v. Internal Revenue Services  
Assigned to: Honorable Matthew F. Kennelly  
Case in other court: 08-02664  
Cause: 28:1331 Federal Question  

Date Filed: 06/20/2008  
Date Terminated: 06/20/2008  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

Dorothy Murphy         represented by   Dorothy Murphy  
5310 West North Avenue  
#2  
Chicago, IL 60639  
773-544-6884  
PRO SE

V.

**Defendant**

Internal Revenue Services    represented by   AUSA  
United States Attorney's Office (NDIL)  
219 South Dearborn Street  
Suite 500  
Chicago, IL 60604  
(312) 353-5300  
Email: USAILN.ECFAUSA@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/30/2008 | 1 | | MOTION by Plaintiff Dorothy Murphy to Appeal a Decision concerning the I.R.S. Review. (Poor Quality Original–Paper Document on File) (gej, ) (Entered: 06/02/2008) |
| 05/30/2008 | 2 | | NOTICE of Motion by Dorothy Murphy regarding MOTION by Plaintiff Dorothy Murphy to Appeal a Decision 1 . (gej, ) (Entered: 06/02/2008) |
| 06/20/2008 | 3 | 3 | MINUTE entry before the Honorable Matthew F. Kennelly:Plaintiff Dorothy Murphy's "motion to appeal" a decision concerning the Internal Revenue Service's review of her tax return is denied [# 1] for the reasons stated below. The Clerk is directed to terminate this case. Civil case terminated. Mailed notice (gej, ) (Entered: 06/23/2008) |
| 06/27/2008 | 4 | | NOTICE of appeal by Dorothy Murphy regarding orders 3 (Attachments: # 1additional letter) (Fee Due)(dj, ) (Entered: 07/07/2008) |

| 07/07/2008 | | | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 07/07/2008) |
| --- | --- | --- | --- |
| 07/07/2008 | | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 4. Notified counsel (dj, ) (Entered: 07/07/2008) |
| 07/07/2008 | | | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 4 ; USCA Case No. 08-2664. (gej, ) (Entered: 07/08/2008) |
| 07/07/2008 | | | CIRCUIT Rule 3(b) Notice (gej, ) (Entered: 07/08/2008) |
| 07/23/2008 | | 4 | MINUTE entry before the Honorable Matthew F. Kennelly:Plaintiff's motion to proceed on appeal in forma pauperis has been transmitted to this Court for ruling. The Court denies plaintiff's motion. Though the Court granted in forma pauperis status when the case was pending here, the Court now certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3)(A). This is a case in which, as described in the Court's 6/20/08 order dismissing the case, there is no arguable jurisdiction for plaintiff's lawsuit. The Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the Seventh Circuit (Appeal Case No. 08-2664).Mailed notice (smm) (Entered: 07/24/2008) |

 Key

All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover