

**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722  219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 14, 2008

**FILED**
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2664 | DOROTHY MURPHY,<br>Plaintiff - Appellant<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-03143    08-cv-3143
Northern District of Illinois, Eastern Division
Court Reporter L. Brennan
Clerk/Agency Rep Michael Dobbins
District Judge Matthew Kennelly

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: c7_FinalOrderWMandate (form ID: 137)

A True Copy,
Teste:

_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit