# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3143 | **DATE** | 8/25/2008 |
| **CASE TITLE** |  | Murphy vs. IRS | |

**DOCKET ENTRY TEXT**

The order of 8/22/08 is vacated; the Court intended to enter it in a different case but mistakenly entered it in this case. The status hearing date of 9/25/08 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|